

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1589-GT |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS THE SUPERVISED RELEASE PETITION** |
| ROBERT RAMIRES-CHINCOYA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** upon the UNITED STATES OF AMERICA's motion to dismiss the supervised release petition (docket no. 23), and good cause appearing thereof, that the supervised release petition in the above-referenced case is **DISMISSED**.

**SO ORDERED.**

DATED: March 20, 2013

HONORABLE GORDON THOMPSON, JR.
United States District Judge